UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 20, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Joe Arias, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-21-3200 |
| | § | |
| Bobby Lumpkin, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

## Order of Adoption

On March 16, 2022, Magistrate Judge Peter Bray recommended that the court dismiss with prejudice Joe Arias's petition for writ of habeas corpus. ECF No. 8. No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on May 19, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge